## CERTIFICATE OF CLERK AS TO CERTIFIED COPY

STATE OF MISSISSIPPI

COUNTY OF HANCOCK

    I, Kendra Necaise, Clerk of the Circuit Court of the said County and State, hereby certify

that the foregoing pages contain a true and correct copy  of the file from the Circuit Court of said

County and State in Cause number___21-0025_____Styled:

JAWYAN BANKS
JAWYAN BANKS – BENEFICIARIES OF DWYAN BANKS
DWYAN BANKS – DECEASED

VS

SILVER SLIPPER CASINO VENTURE LLC

as the originals of same appear of record and file in my office.

    Given under my hand and official seal affixed, this the 25 day of March  2021.

KENDRA  NECAISE
HANCOCK COUNTY
CIRCUIT CLERK



EXHIBIT
"A"

## Mississippi Electronic Courts
### Second Circuit Court District of Mississippi (Hancock Circuit Court)
### CIVIL DOCKET FOR CASE #: 23CI1:21-cv-00025
### Internal Use Only
### Edit Case Data
### Edit Case Participants

BANKS et al v. SILVER SLIPPER CASINO VENTURE LLC
Assigned to: Randi P. Mueller

**Upcoming Settings:**

None Found

Date Filed: 02/17/2021
Current Days Pending: 36
Total Case Age: 36
Jury Demand: None
Nature of Suit: 187 Premises Liability

---

**Plaintiff**
**JAWYAN BANKS**

represented by **Charles Marshall Thomas**
Huber Thomas and Marcelle
1100 Poydras Street, Suite 2200, New Orleans, LA
NEW ORLEANS, LA 70163
504-274-2500
Fax: 504-910-0838
Email: charlie@huberthomaslaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**JAWYAN BANKS - BENEFICIARIES OF DWYAN BANKS**

represented by **Charles Marshall Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**DWYAN BANKS - DECEASED**

represented by **Charles Marshall Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**SILVER SLIPPER CASINO VENTURE LLC**

represented by **J. Henry Ros**
Currie Johnson & Myers, P.A.
925 Tommy Munro Drive
Suite H
BILOXI, MS 39532
228-385-1010
Fax: 228-385-1011
Email: hros@curriejohnson.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/17/2021 | 🌐 ✏️ 🔗 📑 1 ⌨ | Civil Cover Sheet. (Shiyou, Jason) (Entered: 02/17/2021) |
| 02/17/2021 | 🌐 ✏️ 🔗 🖼 📑 2 ⌨ | COMPLAINT against SILVER SLIPPER CASINO VENTURE LLC, filed by JAWYAN BANKS, JAWYAN BANKS - BENEFICIARIES OF DWYAN BANKS, DWYAN BANKS - DECEASED. (Shiyou, Jason) (Entered: 02/17/2021) |
| 02/17/2021 | 🌐 ✏️ 🔗 📑 3 ⌨ | SUMMONS Issued TO ATTORNEY FOR PROCESS ON DEFENDANT (Shiyou, Jason) (Entered: 02/17/2021) |
| 03/16/2021 | 🌐 ✏️ 🔗 📑 4 ⌨ | SUMMONS Returned Executed by JAWYAN BANKS, JAWYAN BANKS - BENEFICIARIES OF DWYAN BANKS, DWYAN BANKS - DECEASED. *Re:* ** 3 SUMMONS Issued TO ATTORNEY FOR PROCESS ON DEFENDANT (Shiyou, Jason)** SILVER SLIPPER CASINO VENTURE LLC served on 3/1/2021, answer due 3/31/2021. Service type: Certified Mail (Thomas, Charles) (Entered: 03/16/2021) |

### Select Event

Account Transaction - Circuit
ADR Documents

Go to Event

| COVER SHEET | Court Identification Docket # | Case Year | Docket Number |
|---|---|---|---|
| **Civil Case Filing Form** *(To be completed by Attorney/Party Prior to Filing of Pleading)* | 2 3 1 C I | 2 0 2 1 | 0 0 0 2 5 |
| | County #  Judicial  Court ID  District  (CH, CI, CO) | | |
| | | | Local Docket ID |
| Mississippi Supreme Court        Form AOC/01 | 0 2 1 7 2 1 | | |
| Administrative Office of Courts       (Rev 2020) | Month   Date   Year | | Case Number if filed prior to 1/1/94 |
| | This area to be completed by clerk | | |

In the CIRCUIT    Court of HANCOCK    County —    Judicial District

**Origin of Suit** (Place an "X" in one box only)
[X] Initial Filing  [ ] Reinstated  [ ] Foreign Judgment Enrolled  [ ] Transfer from Other court  [ ] Other
[ ] Remanded  [ ] Reopened  [ ] Joining Suit/Action  [ ] Appeal

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual  Banks                   Jawyan
Last Name              First Name         Maiden Name, if applicable    M.I.    Jr/Sr/III/IV

Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of
Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency

**Business**

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A

**Address of Plaintiff**

Attorney (Name & Address)  Charles M. Thomas, 1100 Poydras St. Suite 2200, New Orleans, LA 70163    MS Bar No. 104049
Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing:

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual
Last Name              First Name         Maiden Name, if applicable    M.I.    Jr/Sr/III/IV
Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of
Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency

Business  Silver Slipper Casino Venture, LLC, a Delaware corporation
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A

Attorney (Name & Address) - If Known                MS Bar No.

Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit** (Place an "X" in one box only)

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic | Real Property |
|---|---|---|---|
| Child Custody/Visitation | Accounting (Business) | Adoption - Contested | Adverse Possession |
| Child Support | Business Dissolution | Adoption - Uncontested | Ejectment |
| Contempt | Debt Collection | Consent to Abortion | Eminent Domain |
| Divorce:Fault | Employment | Minor Removal of Minority | Eviction |
| Divorce: Irreconcilable Diff. | Foreign Judgment | Other | Judicial Foreclosure |
| Domestic Abuse | Garnishment | **Civil Rights** | Lien Assertion |
| Emancipation | Replevin | Elections | Partition |
| Modification | Other | Expungement | Tax Sale: Confirm/Cancel |
| Paternity | **Probate** | Habeas Corpus | Title Boundary or Easement |
| Property Division | Accounting (Probate) | Post Conviction Relief/Prisoner | Other |
| Separate Maintenance | Birth Certificate Correction | Other | **Torts** |
| Term. of Parental Rights-Chancery | Mental Health Commitment | **Contract** | Bad Faith |
| UIFSA (eff 7/1/97; formerly URESA) | Conservatorship | Breach of Contract | Fraud |
| Other | Guardianship | Installment Contract | Intentional Tort |
| **Appeals** | Joint Conservatorship & Guardianship | Insurance | Loss of Consortium |
| Administrative Agency | Heirship | Specific Performance | Malpractice - Legal |
| County Court | Intestate Estate | Other | Malpractice - Medical |
| Hardship Petition (Driver License) | Minor's Settlement | **Statutes/Rules** | Mass Tort |
| Justice Court | Muniment of Title | Bond Validation | Negligence - General |
| MS Dept Employment Security | Name Change | Civil Forfeiture | Negligence - Motor Vehicle |
| Municipal Court | Testate Estate | Declaratory Judgment | [X] Premises Liability |
| Other | Will Contest | Injunction or Restraining Order | Product Liability |
| | | | Subrogation |
| | | | [X] Wrongful Death |

Alcohol/Drug Commitment (Voluntary)

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____   _____   Docket No. If Filed
           File Yr      Chronological No.      Clerk's Local ID      Prior to 1/1/94_____

PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages
IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Plaintiff #2:**

Individual: _____ _____ (_____) _____ _____
            Last Name         First Name      Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

Individual: _____ _____ (_____) _____ _____
            Last Name         First Name      Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

Individual: _____ _____ (_____) _____ _____
            Last Name         First Name      Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

IN THE CIRCUIT_____ COURT OF HANCOCK_____ COUNTY, MISSISSIPPI

_____JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____  _____         Docket No. If Filed
                    File Yr         Chronological No.        Clerk's Local ID         Prior to 1/1/94_____

PLAINTIFFS IN REFERENCED CAUSE - Page __ of __ Plaintiffs Pages
IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET

Plaintiff # __ :

Individual: _____ _____ ( _____ ) _____ _____
               Last Name         First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

     Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

     D/B/A _____

Business _____
                Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

     D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

Plaintiff # __ :

Individual: _____ _____ ( _____ ) _____ _____
               Last Name         First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

     Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

     D/B/A _____

Business _____
                Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

     D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

Plaintiff # __ :

Individual: _____ _____ ( _____ ) _____ _____
               Last Name         First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

     Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

     D/B/A _____

Business _____
                Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

     D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____ _____    Docket No. If Filed
     File Yr     Chronological No.     Clerk's Local ID     Prior to 1/1/94_____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

Individual: _____ _____ ( _____ ) _____ _____
     Last Name     First Name     Maiden Name, if Applicable     Middle Init.     Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____
     Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

Individual: _____ _____ ( _____ ) _____ _____
     Last Name     First Name     Maiden Name, if Applicable     Middle Init.     Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____
     Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

Individual: _____ _____ ( _____ ) _____ _____
     Last Name     First Name     Maiden Name, if Applicable     Middle Init.     Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____
     Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

IN THE <u>CIRCUIT</u>       COURT OF <u>HANCOCK</u>          COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF

Docket No._____ - _____ _____     Docket No. If Filed
         File Yr          Chronological No.      Clerk's Local ID        Prior to 1/1/94_____

DEFENDANTS IN REFERENCED CAUSE - Page __ of __ Defendants Pages
IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

Defendant # ___ :

Individual: _____ _____  (_____)  _____  _____
                  Last Name                First Name           Maiden Name, if Applicable    Middle Init.      Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____
              Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ _Pro Hac Vice (✓)___ Not an Attorney(✓)___

Defendant # ___ :

Individual: _____ _____  (_____)  _____  _____
                  Last Name                First Name           Maiden Name, if Applicable    Middle Init.      Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____
              Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ _Pro Hac Vice (✓)___ Not an Attorney(✓)___

Defendant # ___ :

Individual: _____ _____  (_____)  _____  _____
                  Last Name                First Name           Maiden Name, if Applicable    Middle Init.      Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____
              Enter legal name of business, corporation, partnership, agency - if Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ _Pro Hac Vice (✓)___ Not an Attorney(✓)___

## CHILD SUPPORT INFORMATION SHEET

### Please include all information known

IN THE CIRCUIT _____ COURT OF HANCOCK _____ COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____   _____          Docket No. If Filed
    File Yr      Chronological No.     Clerk's Local ID          Prior to 1/1/94_____

**Father:** _____ _____ _____ _____   _____   _____
    Last       First      M/I   Jr/Sr etc.    Date of Birth      Social Security #

Address: _____ (____) _____   _____
                                         Phone #        Drivers License #

Employer Name and Address: _____ (____)   _____
                                                   Employer Phone #

**Mother:** _____ _____ _____ _____   _____   _____
    Last       First      M/I   Jr/Sr etc.    Date of Birth      Social Security #

Address: _____ (____) _____   _____
                                           Phone #        Drivers License #

Employer Name and Address: _____ (____)   _____
                                                   Employer Phone #

**Child:** _____ _____ _____ _____   _____   _____
    Last       First      M/I   Jr/Sr etc.    Date of Birth      Social Security #

Address: _____ (____) _____
                                           Phone #

**Child:** _____ _____ _____ _____   _____   _____
    Last       First      M/I   Jr/Sr etc.    Date of Birth      Social Security #

Address: _____ (____) _____
                                           Phone #

**Child:** _____ _____ _____ _____   _____   _____
    Last       First      M/I   Jr/Sr etc.    Date of Birth      Social Security #

Address: _____ (____) _____
                                           Phone #

**Child:** _____ _____ _____ _____   _____   _____
    Last       First      M/I   Jr/Sr etc.    Date of Birth      Social Security #

Address: _____ (____) _____
                                           Phone #

*FOR ADDITIONAL CHILDREN, PLEASE ATTACH ADDITIONAL FORMS*

MANDATED PURSUANT TO:
Federal Social Security Act Title IV-D,
§§ 454(26)(A) and 454A(e)(4);
Miss. Code Ann. §43-19-31(l)(iii) (Supp. 1999)

Information will be sent to the
ADMINISTRATIVE OFFICE OF COURTS AND
MDHS CHILD SUPPORT ENFORCEMENT DIVISION



# HUBER
# THOMAS
# & MARCELLE

Stephen M. Huber
Charlie M. Thomas⁰
Brian P. Marcelle
Logan E. Schonekas
M. Elizabeth ("Liz") Schonekas
Jacques C. Mestayer
Alex T. Robertson

Of Counsel
James H. Minge
t 504 525 5555

Fred A. Olinde
l 985 605 0262

⁰also admitted in TX, MS & Washington D.C.

February 11, 2021

*__Via Fedex No.: 7728-9189-2898__*
Hancock County Circuit Court Clerk
152 Main Street, Suite B
Bay St. Louis, MS 39520

RE: Jawyan Banks, et al. vs. Silver Slipper Casino Venture, LLC

Dear Clerk:

Enclosed please find a Complaint for Damages for filing in the above referenced matter. I have also enclosed two copies of the Complaint with attached Summons to be returned to my office. I have enclosed a stamped, self-addressed envelope as per your request.

Also enclosed is the Civil Cover Sheet, as well as my check in the amount of $161.00 to the Clerk for the filing fee.

If there is any additional information that you need, please do not hesitate to contact me.

With my kindest regard, I remain

Sincerely,

Charles M. Thomas

CMT/vmb
Enclosures

FILED

1100 Poydras Street, Suite 2200, New Orleans, LA 70163 | t 504 274 2500 | f 504 910 0838 | www.huberthomaslaw.com

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Hancock County

JAWYAN BANKS VS SLIVER SLIPPER CASINO

Case # 21-0025          Acct #          Paid By CHECK 317670   Rct#  34262
------------------------------------------------------------------------------

| | |
|---|---|
| CLERK'S FEES | 85.00 |
| JURY TAX | 3.00 |
| COURT REPORTERS FEE | 10.00 |
| LAW LIBRARY | 2.50 |
| COURT ADMINISTRATOR | 2.00 |
| STATE CT ED FUND | 2.00 |
| COURT CONSTITUENTS | .50 |
| ELECTRONIC COURT | 10.00 |
| LEGAL ASSISTANCE | 5.00 |
| JUDICIAL FUND-JUDGE RAISE | 40.00 |
| ARCHIVE FEE | 1.00 |

                                        ===========
                            Total   $    161.00
------------------------------------------------------------------------------

Payment received from HUBLER THOMAS & MARCELLE
                      1100 POYDRAS STREET

                  NEW ORLEANS      LA 70163

Transaction  49004 Received  2/17/2021 at 14:46 Drawer   1 I.D. JASON

Current Balance Due        $0.00                Receipt Amount $    161.00

By _____D.C.  KENDRA NECAISE, Circuit Clerk

Case # 21-0025          Acct #          Paid By CHECK 317670   Rct#  34262

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

JAWYAN BANKS, INDIVIDUALLY AND
ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES OF DWYAN
BANKS, DECEASED
    Plaintiff

CIVIL ACTION NO. _21-0025_

V.

SILVER SLIPPER CASINO VENTURE,
L.L.C.
    Defendant

FILED

FEB 17 2021

## COMPLAINT FOR DAMAGES

### JURY TRIAL REQUESTED

COMES NOW Plaintiff, Jawyan Banks and pursuant to Miss. Code. Ann. § 11-7-13 (1972) on behalf of all Wrongful Death Beneficiaries of, Dwyan Banks, Deceased, in the above styled and numbered cause, by and through his attorney of record, and files her Complaint against the Defendant, Silver Slipper Casino Venture, L.L.C. and in support of said claim for relief would show unto this Honorable Court the following facts, to-wit:

I.

At all times relevant hereto and up until the time of his death, decedent Dwyan Banks was an adult resident citizen of Louisiana. Plaintiff, Jawyan Banks, a resident of Louisiana who is acting herein individually and as the representative of the decedent Dwyan Banks, and on behalf of all wrongful death beneficiaries of the decedent, Dwyan Banks.

II.

That the Defendant, Silver Slipper Casino Venture, L.L.C. (hereinafter "Silver Slipper Casino"), is a Delaware corporation, authorized to do business in the State of Mississippi, and may

be served through its agent for service of process, Business Filings International, Inc., 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

### III.

On or about February 13, 2018, Decedent, Dwyan Banks was an invited guest at the Silver Slipper Casino, located at municipal address 5000 S Beach Blvd, Bay St Louis, MS 39520. Silver Slipper Casino Venture, L.L.C. owned, operated, and had custody over the premises of Silver Slipper Casino at all relevant times.

### IV.

While eating in the casino restaurant, Decedent, Dwyan Banks, slipped and fell on a slippery substance on the floor near the buffet. As a result of this fall, Mr. Banks suffered serious injuries.

### V.

As a direct result of the above-described incident, Decedent, Dwyan Banks, experienced significant pain and was prescribed opioid painkillers for treatment of pain related to his injuries. Mr. Banks developed a dependence on these drugs, through the course of his treatment. Ultimately, this resulted in his death.

### VI.

At all relevant times, Silver Slipper Casino either created, knew, or in the exercise of reasonable care should have known, of the ruin, vice, or defect that caused Mr. Banks' injuries. Additionally, Mr. Banks' injuries could have been prevented by the exercise of reasonable care, which the Silver Slipper Casino failed to exercise.

VII.

The injuries and damages sustained by Decedent, Dwyan Banks, prior to his death, were caused by the negligent acts of omission and/or commission on the part of the Silver Slipper Casino, including but not limited to:

        a.  Failing to keep its premises in a reasonably safe condition;

        b.  Failing to use reasonable effort to keep the premises free of the unreasonably dangerous conditions that gave rise to the subject damages;

        c.  Failing to prevent its patron from suffering harm on the property;

        d.  Failing to warn its patron of the dangerous condition existing on the property;

        e.  Failing to use reasonable care to keep the property free of hazardous conditions;

        f.  Failing to properly inspect the property;

        g.  Failing to provide a safe environment to customers;

        h.  Failing to warn its patron of the property's unreasonable risks of harm due;

        i.  Failing to implement proper procedures to maintain a safe environment for customers and/or patrons;

        j.  Failing to implement a proper plan to inspect and remove hazards and unreasonable dangerous conditions;

        k.  Failing to provide a hazard free-environment for its patron on the property;

        l.  Failing to remedy unreasonably dangerous hazards that Defendant had actual knowledge or constructive knowledge thereof;

        m.  Failing to comply with applicable building codes and regulations under local, state, and federal law, including but not limited to OSHA standards; and

n.  Such other acts and omissions as will be shown in the trial, all of which were

in contravention to the exercise of due care, prudence and the laws of the

state of Mississippi, which are specifically pleaded herein as though copied

in *extenso.*

### VIII.

Defendant is liable unto Plaintiff jointly, severally and *in solido* for the damages that Dwyan Banks sustained as a result of the incident at issue.

### IX.

Specifically, Plaintiff itemizes the damages which Decedent, Dwyan Banks, suffered that were proximately caused by the above described negligence and/or intentional acts of Defendant as follows:

a.  Past physical pain, suffering, and discomfort;

b.  Past mental anguish, aggravation, and annoyance;

c.  Future physical pain, suffering, and discomfort;

d.  Future mental anguish, aggravation, and annoyance;

e.  Past medical expenses;

f.  Past lost wages;

g.  Future lost wages;

h.  Property damage;

i.  Loss of enjoyment of life;

j.  Disability from working to earn an income'

k.  Destruction of earning capacity; and

l.  Disability from engaging in recreation

m. The wrongful death beneficiary of the decedent, Mr. Dwyan Banks, has likewise suffered the loss of love, affection, companionship, and society of Mr. Dwyan Banks, and are further entitled to recover for the "human value of life," or "hedonic damages."

## X.

Plaintiff further specifically pleads that the doctrine of *res ipsa loquitur* in that the accident and injuries and damages would not have occurred in the absence of the negligence and/or intentional acts of Defendant.

## XI.

Plaintiff additionally specifically pleads the doctrine of *respondeat superior* regarding the Silver Slipper Casino.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff **JAWYAN BANKS, INDIVIDUALLY AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES OF DWYAN BANKS, DECEASED** hereby sues and demands judgment of and from the Defendant, both jointly and severally, in amount within the jurisdictional limits of this Honorable Court, together with pre- and post-judgment interest, punitive damages and costs.

**HUBER THOMAS & MARCELLE**

**CHARLES M. THOMAS, MS BAR NO. 104049**
1100 Poydras Street, Suite 2200
New Orleans, LA 70163
Telephone: (504) 274-2500
Facsimile: (504) 910-0838
charlie@huberthomaslaw.com
**ATTORNEY FOR PLAINTIFF**

**SERVICE INSTURCTIONS ON NEXT PAGE**

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

JAWYAN BANKS, INDIVIDUALLY AND
ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES OF DWYAN
BANKS, DECEASED                                   CIVIL ACTION NO. _21-0025_
     Plaintiff

V.

SILVER SLIPPER CASINO VENTURE,
L.L.C.
     Defendant

## SUMMONS

TO:   **Silver Slipper Casino Venture, L.L.C.**
     through its registered agent
     Business Filings International, Inc.
     645 Lakeland East Dr., Suite 101
     Flowood, MS 39232

**Notice to Defendant,** Silver Slipper Casino Venture, L.L.C.:

     This Complaint that is attached to this Summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written response to the Complaint to   Charles M. Thomas, Attorney for Plaintiff, Huber, Slack, Thomas & Marcelle, 1100 Poydras Street, Suite 2200, New Orleans, LA 70163. Your response must be mailed or delivered within 30 days from the date of delivery of this Summons and Complaint or a Judgment by default will be entered against you for the money or other things demanded in the Complaint.

     You must also file the original of your response with the Clerk of this Court within a reasonable time after served.

Issued under my hand and seal of this Court on this _17_ day of _February_ , 2021.

CIRCUIT CLERK HANCOCK COUNTY MISSISSIPPI

By: _____

Clerk, Hancock County Circuit Court

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

JAWYAN BANKS, INDIVIDUALLY AND
ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES OF DWYAN
BANKS, DECEASED                                CIVIL ACTION NO. _____
     Plaintiff

        V.

SILVER SLIPPER CASINO VENTURE,
L.L.C.
     Defendant

<u>PLEASE SERVE:</u>

**Silver Slipper Casino Venture, L.L.C.**
through its registered agent
Business Filings International, Inc.
645 Lakeland East Dr., Suite 101
Flowood, MS 39232

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

JAWYAN BANKS, INDIVIDUALLY AND
ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES OF DWYAN
BANKS, DECEASED                                      CIVIL ACTION NO. 21-0025
     Plaintiff

       V.

SILVER SLIPPER CASINO VENTURE,
L.L.C.
     Defendant

## <u>PROOF OF SERVICE</u>

STATE OF LOUISIANA

PARISH OF ORLEANS

     BEFORE ME, the undersigned authority, personally came and appeared:

### VERONICA M. BALFOUR

who, after being first duly sworn, did depose and say that on the 1st day of March, 2021, she served

a certified copy of the Petition for Damages in this action pursuant to Mississippi Rule Civil

Procedure 4 (c)(3), by mailing the same to Silver Slipper Casino Venture through its registered

agent, Business Filings International, Inc., 645 Lakeland East Dr., Suite 101, Flowood, MS. 39232

via certified mail, return receipt requested, the same having been received as appears from

Certified Receipt No. 7012 2210 0000 7220 7287, attached hereto. This statement is made upon

appearer's best information, knowledge and belief.

                                  _____
                                  Veronica M. Balfour

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 9TH DAY OF
March, 2021.

NOTARY PUBLIC

Charles M. Thomas
Notary Public, Bar No. 31989
State of Louisiana
My Commission is issued for Life

Jawan Banks et co.
Page 2 of 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

...ver Slipper Casino Venture
...ough its registered agent
...siness Filings International, Inc.
...5 Lakeland East Dr., Suite 101
...wood, MS 39232

9590 9402 5314 9154 8811 86

Article Number *(Transfer from service label)*

7012 2210 0000 7220 7287

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
  ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery    Delivery
☐ Collect on Delivery                ☐ Return Receipt for
☐ Collect on Delivery Restricted Delivery  Merchandise
☐ Insured Mail                       ☐ Signature Confirmation™
☐ Insured Mail Restricted Delivery   ☐ Signature Confirmation
   ($00)                                Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 5314 9154 8811 86

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Huber, Thomas & Marcelle
1100 Poydras St., Ste 2300
New Orleans, LA. 70163

CMT - Banks Dwyer

23CI1:21-cv-00025   Document #: 4   Filed: 03/16/2021   Page 4 of

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70122210000072207287                    Remove ✕

Your item has been delivered to an agent for final delivery in FLOWOOD, MS 39232 on March 1, 2021 at 12:38 pm.

## ☑ Delivered to Agent

March 1, 2021 at 12:38 pm
Delivered to Agent for Final Delivery
FLOWOOD, MS 39232

Feedback

---

### Text & Email Updates                              ⌄

---

### Tracking History                                  ⌃

**March 1, 2021, 12:38 pm**
Delivered to Agent for Final Delivery
FLOWOOD, MS 39232
Your item has been delivered to an agent for final delivery in FLOWOOD, MS 39232 on March 1, 2021 at 12:38 pm.

**February 28, 2021, 9:39 pm**
Departed USPS Regional Facility
JACKSON MS DISTRIBUTION CENTER

**February 28, 2021**
In Transit to Next Facility

February 27, 2021, 3:02 pm
Arrived at USPS Regional Facility
JACKSON MS DISTRIBUTION CENTER


February 27, 2021, 12:22 am
Departed USPS Regional Facility
NEW ORLEANS LA DISTRIBUTION CENTER


February 26, 2021, 10:23 pm
Arrived at USPS Regional Facility
NEW ORLEANS LA DISTRIBUTION CENTER

---

**Product Information**            ∨

---

See Less ∧

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

## IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

JAWYAN BANKS, INDIVIDUALLY AND
ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES OF DWYAN
BANKS, DECEASED                                    CIVIL ACTION NO.  $21-0025$
    Plaintiff

V.

SILVER SLIPPER CASINO VENTURE,
L.L.C.
    Defendant

### SUMMONS

TO:   **Silver Slipper Casino Venture, L.L.C.**
      through its registered agent
      Business Filings International, Inc.
      645 Lakeland East Dr., Suite 101
      Flowood, MS 39232

**Notice to Defendant,** Silver Slipper Casino Venture, L.L.C.:

This Complaint that is attached to this Summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written response to the Complaint to  Charles M. Thomas, Attorney for Plaintiff, Huber, Slack, Thomas & Marcelle, 1100 Poydras Street, Suite 2200, New Orleans, LA 70163. Your response must be mailed or delivered within 30 days from the date of delivery of this Summons and Complaint or a Judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time after served.

Issued under my hand and seal of this Court on this _17_ day of _February_, 2021.

CIRCUIT CLERK HANCOCK COUNTY MISSISSIPPI

By: _____

Clerk, Hancock County Circuit Court

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

JAWYAN BANKS, INDIVIDUALLY AND
ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES OF DWYAN
BANKS, DECEASED                                    CIVIL ACTION NO. _____
    Plaintiff

      V.

SILVER SLIPPER CASINO VENTURE,
L.L.C.
    Defendant

PLEASE SERVE:

Silver Slipper Casino Venture, L.L.C.
through its registered agent
Business Filings International, Inc.
645 Lakeland East Dr., Suite 101
Flowood, MS 39232