IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAWYAN BANKS**                                                                           **PLAINTIFF**

**v.**                          **CAUSE NO. 1:21-cv-94-LG-RHWR**

**SILVER SLIPPER CASINO**
**VENTURE, L.L.C.**                                    **DEFENDANT**

## ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** as to all parties with each party to bear its own costs. Pursuant to the agreement of the parties, the Court will retain jurisdiction over this lawsuit for the purpose of enforcing the settlement agreement.

**SO ORDERED AND ADJUDGED** this the 27th day of June, 2022.

                                                 s/ *Louis Guirola, Jr.*
                                                 Louis Guirola, Jr.
                                                 United States District Judge